UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Boshaw

                Plaintiff(s),                  Case No. 19-cv-13656

v.                                                 Judge Thomas L. Ludington

Midland Brewing Company, Donna Reynolds and Dave Kepler         Magistrate Judge

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to E. D. Mich. LR 83.4, _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: February 7, 2020                    /s/ Anne-Marie Vercruysse Welch

                                                       P70035
                                                       Clark Hill PLC
                                                       151 South Old Woodward Ave. Ste., 200,
                                                       Birmingham, MI 48009
                                                       (248) 988-1810
                                                       awelch@clarkhill.com