# EXHIBIT 4



p.1







P.4



**Donna**

Aug 13, 2018, 5:04 PM

Did you need to talk to me about something?

Aug 13, 2018, 7:49 PM

Do you think I should take my lobe earrings out too? I don't have a problem either way. I was thinking of ways to cover my neck tattoo, but I've honestly been wanting to look into laser removal and have been thinking about it for the last year or so. Maybe around tax return season I'll be able to start that. I was not in the right mind when I got that done, the tattoo artist should've not done that lol. I've been wanting it removed even before I worked at MBC, for professional reasons. But let Dave know that I'll be working on that also and I am on the same page.
Thanks again Donna, you're awesome!

Wow Ryan. Don't do anything drastic! Lol! I appreciate the thought though.
Maybe yes on the ears and then we can talk about the rest.

P.5

