UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN BOSHAW,

     Plaintiff,                         Case No. 19-CV-13656
                                        Honorable Thomas L. Ludington

v.

MIDLAND BREWING COMPANY,
DONNA REYNOLDS, and DAVE KEPLER,

     Defendants.
_____/

## **JUDGMENT**

In accordance with the order granting Defendant's Motion for Summary Judgment entered on this date,

It is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 16, is **GRANTED**.

It is further **ORDERED** that Plaintiff's Amended Complaint, ECF No. 9, is **DISMISSED**.

It is further **ORDERED** that Defendants' Request for Attorney Fees is **DENIED**.


Dated: March 30, 2021                       s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge