MIED (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RYAN BOSHAW, PLAINTIFF )
)     Case No.  19-CV-13656
)     Honorable Thomas L. Ludington
v. )
MIDLAND BREWING COMPANY, DONNA )
REYNOLDS, AND DAVE KEPLER, DEFENDANTS )

## BILL OF COSTS

Judgment having been entered in the above entitled action on **March 30, 2021** against **Plaintiff Ryan Boshaw**,
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A. Fees of the Clerk | | |
| B. Fees for service of summons and subpoena | | |
| C. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | $ 2,402.25 |
| D. Fees and disbursements for printing | | |
| E. Fees for witnesses *(itemize on page two)* | | |
| F. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G. Docket fees under 28 U.S.C. 1923 | | |
| H. Costs as shown on Mandate of Court of Appeals | | |
| I. Compensation of court-appointed experts | | |
| J. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K. Other costs *(please itemize)* | | |
| | TOTAL | $ 2,402.25 |

*SPECIAL NOTE:* **Attach to your bill an itemization and documentation for requested costs in all categories.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[x]   Electronic service           [ ]   First class mail, postage prepaid

[ ]   Other: _____

s/ Attorney:  Anne-Marie Vercruysse Welch

Name of Attorney:  Anne-Marie Vercruysse Welch (P70035)   Clark Hill, PLC

For: Defendants Midland Brewing Company, Donna Reynolds and Dave Kepler    Date:  April 9, 2021
*Name of Claiming Party*

AO 133 (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN BOSHAW,

         Plaintiff,

Case No. 19-cv-13656
Hon. Thomas J. Ludington

v.

MIDLAND BREWING COMPANY,
DONNA REYNOLDS, and DAVE KEPLER,

         Defendants.

| | |
|---|---|
| Collin H. Nyeholt (P74132)<br>LAW OFFICES OF<br>CASEY D. CONKLIN, PLC<br>4084 Okemos Road, Ste B<br>Okemos, MI 48864<br>(517) 522-2550<br>collin@caseydconklin.com | Anne-Marie Vercruysse Welch (P70035)<br>Hannah R. Kendall (P80101)<br>CLARK HILL PLC<br>Attorneys for Defendants<br>151 S. Old Woodward, Ste 200<br>Birmingham, Michigan 48009<br>(248) 988-1810<br>awelch@clarkhill.com<br>hkendall@clarkhill.com |

_____

# DEFENDANTS' BILL OF COSTS ITEMIZATION
# AND SUPPORTING DOCUMENTATION

# FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

| DEPOSITION TRANSCRIPT(S)/COURT REPORTER AND VIDEOGRAPHER FEES | DEPOSITION DATE | COST |
|---|---|---|
| 1 original copy and 1 certified copy of video deposition/transcript (218 pages)<br><br>56 Exhibits (251 pages x $.25)<br>Hourly Rate (6.5 hours x $40.00)<br>Video Services - First Two Hours (1 hour x $300.00)<br>Video Services – Additional Hours (4.5 hours x $105.00)<br>Video Synching – Per Witness (1 hour x $250.00)<br>1 Electronic Package – Original<br><br>**SEE ATTACHMENT 1**<br><br>*Ryan Boshaw's deposition was necessary to the preparation of Defendants' case, was a party to the case and relied upon and cited to in Defendants' Court filings, including Defendants' Motion for Summary Judgment (ECF.16 )* | 10/05/2020 | $1,032.00<br><br>$    62.75<br>$  260.00<br>$  300.00<br>$  472.50<br>$  250.00<br>$    25.00 |
| **TOTAL** | | **$2,402.25** |

# ATTACHMENT 1

# I N V O I C E



| | Invoice No. | Invoice Date | Job No. |
|---|---|---|---|
| | 17024 | 10/14/2020 | 12774 |
| | Job Date | | Case No. |
| | 10/5/2020 | | 19-CV-13656 |
| | Case Name | | |
| | Ryan Boshaw v Midland Brewing Company, et al. | | |
| | Payment Terms | | |
| | Due upon receipt | | |

Anne-Marie Vercruysse Welch
Clark Hill, PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009-6103

Original & One Certified Copy Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Ryan Boshaw | | | | | 1,032.00 |
| Exhibit | 251.00 | Pages | @ | 0.25 | 62.75 |
| Hourly | 6.50 | Hours | @ | 40.00 | 260.00 |
| Video Services- First Two Hours | 1.00 | | @ | 300.00 | 300.00 |
| Video Services - Additional Hours | 4.50 | | @ | 105.00 | 472.50 |
| Video Synching - Per Witness | 1.00 | | @ | 250.00 | 250.00 |
| Electronic only package - ORIGINAL | 1.00 | | @ | 25.00 | 25.00 |

TOTAL DUE >>>     $2,402.25

AFTER 11/28/2020  PAY     $2,642.48

Location of Job   : Clark Hill, PLC
                    151 South Old Woodward Avenue
                    Suite 200
                    Birmingham, MI 48009-6103

Thank you for your business!  Please call 844.730.4066 with any questions.

All credit card payments are charged a 3.6% processing fee.

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     240.23

**Tax ID:** 47-5468331

*Please detach bottom portion and return with payment.*

Anne-Marie Vercruysse Welch
Clark Hill, PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI 48009-6103

Remit To:  **Fortz Legal Support, LLC**
           **25 Division Ave S.**
           **Suite 325**
           **Grand Rapids, MI 49503**

Job No.    : 12774
BU ID      : 1-MAIN
Case No.   : 19-CV-13656
Case Name  : Ryan Boshaw v Midland Brewing Company,
             et al.