UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Boshaw

Plaintiff(s),

v.

Midland Brewing Company, Donna Reynolds, and Dave Keppler

Defendant(s).
_____/

Case No. 19-cv-13656

Judge: Thomas L. Ludington

Magistrate Judge:

## NOTICE OF APPEAL

Notice is hereby given that **Ryan Boshaw** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☐ Order

☑ Other: Judgment (ECF 25) and Order (ECF 24)

entered in this action on March 30, 2021.

Date: April 12, 2021

Counsel is: RETAINED

Signature: /s/ Collin H. Nyeholt
Bar No: P74132
Firm Name (if applicable): LAW OFFICES OF CASEY D. CONKLIN PLC
Address 1: 4084 Okemos Road
Address 2: Suite B
City, State Zip Code: Okemos, MI 48864
Telephone No: (517) 522-2550
Primary Email Address: collin@caseydconklin.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.